NUMBER
13-11-00079-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

___________________________________________________________

 

BUSTER
LEE HAFER,                                                                  Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
Appeal from the 24th District Court

                                      of
Jackson County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                          Before
Justices Garza, Vela, and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Buster Lee Hafer, by and through his attorney, has filed a motion to withdraw
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

24th day of March, 2011.